**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WILLIAM ROBERT YIELDING JR.**                                      **PLAINTIFF**

**v.**                          **Case No. 4:25-cv-01108-KGB**

**CITY OF CABOT,** *et al.*                                      **DEFENDANT**

## ORDER

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.  The relief requested is denied.

It is so ordered this 17th day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge